IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, *et al.*, <br><br> Plaintiff and Counter-Claim Defendant, <br><br> v. <br><br> DYNCORP INTERNATIONAL, LLC, <br><br> Defendant and Counter-Plaintiff. | Case No. 1:07-cv-00627 GBL/BRP <br> Judge: Gerald Bruce Lee |

## PROPOSED ORDER

Upon consideration of DynCorp International, LLC's Motion to Dismiss for Failure to Prosecute and Failure to Comply with Court Order, the Supporting Memorandum, and any opposition thereto, it is hereby:

ORDERED that Plaintiff's case is dismissed, with prejudice, in its entirety.

SO ORDERED.

Entered this ___ day of _____, 2011.

/s/
Gerald Bruce Lee
United States District Judge

Judge Gerald Bruce Lee
United States District Court for the Eastern District of Virginia